No. 5736. HAIRSTON *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 686. MOLKENBUR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 701. STIMPEL *v.* STATE PERSONNEL BOARD OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion of National Jewish Commission on Law & Public Affairs for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5749. ROZENFELD *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 5756. TORRES *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 5768. CALVERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE is of the opinion that certiorari should be granted.

No. 5787. WARK *v.* MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied. MR. JUSTICE HARLAN, MR. JUSTICE STEWART, and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.